UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>JAMIE ORNELAS,<br><br>　　　　　　　　　Defendant. | CASE: 1:12-CR-00387-AWI-BAM<br><br>**ORDER APPOINTING FEDERAL DEFENDER**<br><br>(Doc. No. 28) |

Defendant Jaime Ornelas pleaded guilty to violations of 21 U.S.C. § 841(a)(1) (possession with intent to distribute methamphetamine) and 18 U.S.C. § 922(g)(1) (felon in possession of a firearm), Doc. No. 14, and was ordered to serve concurrent sentences totaling 151 months in the custody of the United States Bureau of Prisons. Doc. Nos. 23 and 24.

On June 7, 2022, Ornelas filed a motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) and Amendment 782 to the United States Sentencing Guidelines. Doc. No. 28 at 1. The motion also includes a request for court-appointed counsel and a financial affidavit showing that Defendant is unable to afford counsel on his own. Id. at 2. The United States has not responded to any aspect of the motion.

Defendant was represented by a federal defender in connection with the plea agreement, Doc. No. 4, and given the existence of a plea agreement and the technicalities of sentencing guidelines, the Court finds it is appropriate to appoint counsel to represent Defendant in connection with this motion.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Federal Defender is APPOINTED to provide representation to Defendant in connection with Defendant's June 7, 2022 motion for reduction of sentence (Doc. No. 28);
2. The Federal Defender is ORDERED to review the matter in conjunction with Defendant and notify the Court within 21 days from the date of electronic service of this order as to whether Defendant will stand on, supplement or withdraw his existing motion for reduction of sentence;
3. If Federal Defender finds that a sentence reduction may be warranted under 18 U.S.C. § 3582(c)(2) and Amendment 782, Federal Defender will contact the United States Attorney to attempt to resolve Defendant's motion through an amicable stipulation; and
4. The Court will issue additional orders as warranted once the foregoing matters have been addressed.

IT IS SO ORDERED.

Dated:  January 12, 2023

SENIOR DISTRICT JUDGE