UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



FILED
January 10, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAIME ORNELAS,<br><br>　　　　Defendant. | Case No. 1:12-cr-00387-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release  JAIME ORNELAS ,

Case No.  1:12-cr-00387-KJM , Charge 18 U.S.C. § 3606, from custody for the following reasons:

　　＿＿＿　Release on Personal Recognizance

　　＿＿＿　Bail Posted in the Sum of $＿＿＿

　　　　　＿＿＿　Unsecured Appearance Bond $＿＿＿

　　　　　＿＿＿　Appearance Bond with 10% Deposit

　　　　　＿＿＿　Appearance Bond with Surety

　　　　　＿＿＿　Corporate Surety Bail Bond

　　　　　　x　　(Other):  Released forthwith under condition that Defendant reports to WellSpace residential treatment program on 1/13/2025 at 8:00 AM, and with previously imposed conditions of release.

Issued at Sacramento, California on January 10, 2025, at 3:15 PM.

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE