UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED

March 26, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

     Plaintiff,

  v.

JAIME ORNELAS,

     Defendant.

Case No.  1:12-cr-00387-TLN

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release  JAIME ORNELAS ,

Case No.  1:12-cr-00387-TLN , Charge 19 USC § 922(g)(1), from custody for the

following reasons:

  x  Release on Personal Recognizance

     Bail Posted in the Sum of $ _____

        Unsecured Appearance Bond $ _____

        Appearance Bond with 10% Deposit

        Appearance Bond with Surety

        Corporate Surety Bail Bond

        (Other):

Sacramento County Jail is further ORDERED to release the defendant with a

30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on March 26, 2026, at 3:00 PM.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE